UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

| | |
|---|---|
| STEVEN SPIEGEL and ALAN SPIEGEL<br><br>*Plaintiffs*<br><br>v.<br><br>GOLDIN AUCTIONS, LLC; KENNETH GOLDIN; JOHN DOES 1-10; and ABC CORPS.<br><br>*Defendants* | Civil Action No. 1:23-cv-1202-KMW-EAP (District of New Jersey)<br><br>Judge Karen M. Williams |
| STEVEN SPIEGEL and ALAN SPIEGEL<br><br>*Petitioners*<br><br>v.<br><br>ANDREW SPELLMAN<br><br>*Respondent* | Misc. Action No. |

**PLAINTIFFS/PETITIONERS STEVEN SPIEGEL AND ALAN SPIEGEL'S MOTION TO COMPEL RESPONSES TO SUBPOENA**

NOW COME the Petitioners, Steven and Alan Spiegel (the "Spiegels"), pursuant to Fed. R. Civ. P. 37, and respectfully move this Court for an order compelling non-party Andrew Spellman ("Spellman") to respond to the Subpoena served to him on March 21, 2024, in which the Spiegels seek relevant documents and information held by Spellman.  Spellman is a

1

Massachusetts' resident, and Plaintiffs file this Motion pursuant to Rule 37(a)(2). As grounds in support of their Motion, the Spiegels state:

1. This case, filed in the United States District Court for the District of New Jersey, involves a dispute between the Spiegels and Goldin Auctions, LLC and Kenneth Goldin (collectively, "Goldin") concerning Goldin's withdrawal of the Spiegels' 2003-04 Upper Deck Exquisite Collection Lebron James Rookie Jersey Patch Autograph card with serial number 44/99 (the "LeBron RPA Card") which was part of an exclusive, high-end product manufactured and sold by The Upper Deck Company ("Upper Deck") during the 2003-2004 basketball season called the 2003-04 Exquisite Collection.

2. Goldin agreed to auction the LeBron RPA Card on June 4, 2021. The auction began on June 10, 2021 but then Goldin withdrew the auction on June 11, 2021, publicly thanking two Instagram accounts, "cardporn" and "cardcollector291", for providing information Goldin *needed* to withdraw the auction, including information that questioned the authenticity of LeBron RPA Card. Goldin's improper withdrawal of the auction led the Spiegels to file a Complaint against Goldin and multiple John Does asserting claims for breach of fiduciary duty, breach of the implied duty of good faith and fair dealing, fraud in the inducement, tortious interference with economic expectancy, and New Jersey Consumer Fraud Act violations.

3. In Spring 2021, when the high-end sports collectible market was seeing record-breaking sales, the Spiegels sought again to sell the LeBron RPA Card with new assurances that the card was legitimate and unaltered. However, the same group of individuals in the group of collectors of high-end LeBron memorabilia and cards, including Spellman, started talking amongst themselves impacting the sale of the

LeBron RPA Card.

4. On March 21, 2024, the Spiegels served Spellman with a Subpoena (attached to the Memorandum of law as **Exhibit B**) seeking relevant documents and information relating to the Spiegels' claims in the underlying New Jersey case. Spellman, through counsel, objected on various inappropriate grounds, including privilege, confidentiality, undue burden, and overly broad and vague. Despite good faith efforts to confer and resolve the issue to obtain Spellman's documents, Spellman has refused, requiring the Siegels' to request that the Court compel Spellman's response to the Subpoena. The Siegels also request that this Court award them their attorneys' fees incurred in pursuing the instant motion

In further support of their Motion, the Spiegels attach, and fully incorporate herein, the Memorandum of Law in Support of Their Motion to Compel Responses to Subpoena.

WEHREFORE, the Spiegels respectfully request the entry of an Order compelling Spellman to respond in full to the subpoenas issued on them within five (5) calendar days of the entry of such order and overruling the objections of Spellman to the subpoena and awarding the Spiegels' their attorneys fees in pursuing this Motion.

Dated: May 28, 2024

Respectfully Submitted,
By the Petitioners,
Steven Spiegel and Alan Spiegel,

 */s/ Kristyn Dery Kaupas*
Kristyn Dery Kaupas, Esq. (BBO# 669832)
**FREEMAN MATHIS & GARY, LLP**
600 State Street, Suite 600
Boston, MA 02109
(617) 807-8961
Kristyn.Kaupas@fmglaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 28, 2024, a true and correct copy of the foregoing Motion to Compel was served upon the following via e-mail:

Reade W. Seligman
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, New York 10016
reade.seligmann@alston.com

Jonathan D. Parente
Andrew A. Roberts
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
jonathan.parente@alston.com
andrew.roberts@alston.com

Scott Ford
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
SCFord@mintz.com


    By: */s/ Kristyn Dery Kaupas*
        Attorneys for Plaintiffs,
        Steven Spiegel and Alan Spiegel