October 16, 2019

To Whom It May Concern:

After careful examination of the 2003-04 Exquisite Collection Basketball Jersey Autograph Card #78 (crash numbered 44/99) of LeBron James we came to the conclusion the card is authentic.

The original card was a single color patch card, but the original owner contacted our Customer Care team about with concerns about factory damage to it. They submitted the card and Upper Deck at the time produced some copies that were not numbered to hold for potential issues with damage.

Upon receipt, we did agree there was damage to the card and it was replaced with the card in possession of Steven Spiegel today. The original was destroyed and this replacement card was numbered 44/99. It's rare that a consumer would get a better patch for a replacement back then, and these days the best patches pack out so we seldom have customers wanting replacements on these cards. Seldom can we provide this level of detail, but I was actually managing the Customer Care team at the time and had a personal experience with this exchange.

Sincerely,

Chris Carlin

Sr. Manager of Customer Experience

**THE UPPER DECK COMPANY**
5830 El Camino Real, Carlsbad, California 92008
760.929.3500 • www.upperdeck.com