**Scott C. Ford**
617 348 1744
scford@mintz.com



MINTZ

One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

April 10, 2024

*VIA EMAIL*

Travis A. Knobbe, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
travis.knobbe@fmglaw.com

> Re: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action:
>
> *Steven Spiegel and Alan Spiegel v. Goldin Auctions, LLC and Kenneth Goldin; Civil Action No. 1:23-cv-01202-KMW-EAP*

Dear Mr. Knobbe:

     Please be advised that this firm represents Andrew Spellman (herein referred to as "Spellman") in connection with the above-referenced Subpoena, dated March 21, 2024 and was delivered on March 28, 2024 (the "Subpoena"). Pursuant to Federal Rule of Civil Procedure 45(d), Andrew Spellman hereby provides written objection to the inspection or copying of the materials designated by the Subpoena. The grounds for these objections include without limitation:

    (a)    the Subpoena fails to allow reasonable time for compliance;

    (b)    compliance with the Subpoena will cause undue burden and expense;

    (c)    the Subpoena purports to require the disclosure of confidential information;

    (d)    the Subpoena is overly broad and vague; and

    (e)    the Subpoena seeks production of privileged or other protected documents.

MINTZ 

Travis A. Knobbe, Esq.
Freeman Mathis & Gary, LLP
April 10, 2024
Page 2

In addition, no fees were tendered with the Subpoena as required by Fed. R. Civ. P. 45(b)(1). Andrew Spellman expressly reserves the right to object to the Subpoena on any additional grounds that may now exist, or any additional grounds that may arise in the future. Andrew Spellman is also willing to discuss an appropriate response to the subpoena given the forgoing objections and reservations.

Very truly yours,

Scott C. Ford
Member / Chair, Litigation Practice

516247244v.1